JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

LUTHER L. HAJEK, D.C. Bar No. 467742
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0492
Fax: (202) 305-0274
E-mail: luke.hajek@usdoj.gov

DAVID GLAZER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: david.glazer@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC., MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, NATIONAL WILDLIFE FEDERATION, and INDIGENOUS ENVIRONMENTAL NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, HILLARY CLINTON, in her official capacity as Secretary of State, JAMES STEINBERG, in his official capacity as Deputy Secretary of State, and the UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 3:09-cv-04086-SI<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER VENUE AND TO PERMIT COUNSEL FOR DEFENDANTS TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: September 25, 2009<br>Time:             9:00 am<br><br>Hon. Susan Illston<br>U.S. District Judge |

Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue
Case No. 3:09-cv-04086-SI

1     It is hereby stipulated by and between the Parties, through their respective counsel, and subject to the approval of the Court, that the hearing date on Defendants' Motion to Transfer Venue (Docket No. 44) shall be continued until Monday, September 28, 2009, at 10:30 a.m. The hearing is currently scheduled for Friday, September 25, at 9:00 a.m. As explained in the attached Declaration of Luther L. Hajek, Mr. Hajek and co-counsel David Glazer are both unavailable on September 24 and 25, 2009, due to a long scheduled U.S. Department of Justice training program on those days. The undersigned counsel spoke by telephone with Sarah Burt, counsel for Plaintiffs, who indicated that Plaintiffs do not object to continuing the hearing date as long as the motion can be heard on September 28 or 29, 2009. The undersigned counsel also spoke by telephone with David Coburn, counsel for proposed Intervenor, who agreed to continue the hearing to September 28, 2009.

    This is the Parties' first request for an extension of the hearing on Defendants' Motion to Transfer Venue, and no other requests for extensions have been made in the case. Granting the requested extension would delay hearing of the motion by only one business day.

    The parties also stipulate, subject to the approval of the Court, that counsel for Defendants, Luther L. Hajek, may appear at the hearing telephonically. The undersigned counsel spoke with Ms. Burt and Mr. Coburn, and both had no objection to Mr. Hajek appearing by telephone at the hearing. Should the Court grant the request, Mr. Hajek can be reached by telephone during the hearing at (202) 305-0492. Mr. Glazer will not be able to participate in the hearing due to Yom Kippur, but an attorney from the U.S. Attorney's Office for the Northern District of California will be present in the courtroom.

    Counsel for Plaintiffs has reviewed the instant Stipulation and has authorized counsel for Defendants to sign on their behalf. Counsel for proposed Intervenor has reviewed the Stipulation and approves of its filing. A Proposed Order approving this Stipulation is attached.

    Respectfully submitted this 18th day of September, 2009.

                            JOHN C. CRUDEN
                            Acting Assistant Attorney General
                            Environment & Natural Resources Division

Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue
Case No. 3:09-cv-04086-SI                     1

1
2
3
4
5
6
7
8
9
10
11
12

         */s/ Luther L. Hajek*
         LUTHER L. HAJEK, D.C. Bar No. 467742
         United States Department of Justice
         Environment and Natural Resources Division
         Natural Resources Section
         Ben Franklin Station, P.O. Box 663
         Washington, DC 20044-0663
         Tel: (202) 305-0492
         Fax: (202) 305-0274
         E-mail: luke.hajek@usdoj.gov

         DAVID GLAZER
         United States Department of Justice
         Environment and Natural Resources Division
         Natural Resources Section
         301 Howard Street
         San Francisco, CA 94105
         Tel: (415) 744-6491
         Fax: (415) 744-6476
         E-mail: david.glazer@usdoj.gov

         Attorneys for Defendants

13
14
15
16
17

         */s/ Sarah H. Burt*
         SARAH H. BURT (CA Bar No. 250378)
         J. MARTIN WAGNER (CA Bar No. 190049)
         Earthjustice
         426 17th Street, 6th Floor
         Oakland, CA 94612
         Tel: (510) 550-6700
         Fax: (510) 550-6740

18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue
Case No. 3:09-cv-04086-SI         2

**CERTIFICATE OF SERVICE**

I, Luther L. Hajek, hereby certify that on September 18, 2009, I electronically filed the foregoing STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER VENUE AND TO PERMIT COUNSEL FOR DEFENDANTS TO APPEAR TELEPHONICALLY, DECLARATION OF LUTHER L. HAJEK, and PROPOSED ORDER with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all attorneys of record whose e-mail addresses are listed below:

mwagner@earthjustice.org

sburt@earthjustice.org

kreuther@mncenter.org

eric.huber@sierraclub.org

doug.hayes@sierraclub.org

jsmith@steptoe.com

/s/ Luther L. Hajek
Luther L. Hajek

Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue
Case No. 3:09-cv-04086-SI

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

LUTHER L. HAJEK, D.C. Bar No. 467742
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0492
Fax: (202) 305-0274
E-mail: luke.hajek@usdoj.gov

DAVID GLAZER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
301 Howard Street
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: david.glazer@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC., MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, NATIONAL WILDLIFE FEDERATION, and INDIGENOUS ENVIRONMENTAL NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, HILLARY CLINTON, in her official capacity as Secretary of State, JAMES STEINBERG, in his official capacity as Deputy Secretary of State, and the UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 3:09-cv-04086-SI<br><br>**DECLARATION OF LUTHER L. HAJEK IN SUPPORT OF STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER VENUE AND TO PERMIT COUNSEL FOR DEFENDANTS TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: September 25, 2009<br>Time:            9:00 am<br><br>Hon. Susan Illston<br>U.S. District Judge |

Declaration of Luther L. Hajek in Support of Stipulation to Continue Hearing Date
Case No. 3:09-cv-04086-SI

I, Luther L. Hajek, hereby declare as follows:

1. I am an attorney in good standing of the bar of the District of Columbia, and I am employed as a trial attorney with the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section. I am the attorney of record assigned to represent the Defendants in this action. I submit this declaration in support of the parties' Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue and to Permit Counsel for Defendants to Appear Telephonically.

2. On September 9, 2009, the Court issued an order setting a briefing schedule for Defendants' Motion to Transfer Venue and setting a hearing for September 25, 2009. See Docket No. 35.

3. Lead counsel for Defendants, Luther L. Hajek, and co-counsel, David Glazer, are both scheduled to attend U.S. Department of Justice training on September 24-25, 2009. The training will be attended by all members of the Environment and Natural Resources Division, Natural Resources Section, of which Mr. Hajek and Mr. Glazer are both members. The training takes place every two years and involves the Section's attorneys from around the country. The training has been scheduled for many months and the Section makes every effort to avoid case conflicts with the training.

4. On September 16, 2009, I spoke with Sarah Burt, counsel for Plaintiffs, and she agreed to a continuance of the hearing as long as it could be held on September 28 or 29, 2009. On September 17, 2009, I spoke with David Coburn, counsel for proposed Intervenors, and he agreed to holding the hearing on September 28, 2009. Neither Ms. Burt nor Mr. Coburn objects to counsel for Defendants appearing by telephone at the hearing. Mr. Hajek's telephone number is: (202) 305-0492.

5. None of the parties in the case has previously sought an extension of any Court deadline.

6. The requested continuance would result in the hearing being delayed by one business day.

Declaration of Luther L. Hajek in Support of Stipulation to Continue Hearing Date
Case No. 3:09-cv-04086-SI                                1

1  Executed on September 18, 2009, at Washington, DC.

2                            /s/ *Luther L. Hajek*
                          LUTHER L. HAJEK

Declaration of Luther L. Hajek in Support of Stipulation to Continue Hearing Date
Case No. 3:09-cv-04086-SI                      2

| | |
|---|---|
| 1 | JOHN C. CRUDEN |
| | Acting Assistant Attorney General |
| 2 | Environment & Natural Resources Division |
| 3 | LUTHER L. HAJEK, D.C. Bar No. 467742 |
| | United States Department of Justice |
| 4 | Environment and Natural Resources Division |
| | Natural Resources Section |
| 5 | Ben Franklin Station, P.O. Box 663 |
| | Washington, DC 20044-0663 |
| 6 | Tel: (202) 305-0492 |
| | Fax: (202) 305-0274 |
| 7 | E-mail: luke.hajek@usdoj.gov |
| 8 | DAVID GLAZER |
| | United States Department of Justice |
| 9 | Environment and Natural Resources Division |
| | Natural Resources Section |
| 10 | 301 Howard Street |
| | San Francisco, CA 94105 |
| 11 | Tel: (415) 744-6491 |
| | Fax: (415) 744-6476 |
| 12 | E-mail: david.glazer@usdoj.gov |
| 13 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, INC., MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, NATIONAL WILDLIFE FEDERATION, and INDIGENOUS ENVIRONMENTAL NETWORK, | ) ) ) ) ) ) | No. 3:09-cv-04086-SI  **PROPOSED ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TRANSFER VENUE AND TO PERMIT COUNSEL FOR DEFENDANTS TO APPEAR TELEPHONICALLY** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, HILLARY CLINTON, in her official capacity as Secretary of State, JAMES STEINBERG, in his official capacity as Deputy Secretary of State, and the UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) ) ) | Hearing Date: September 25, 2009  Time:              9:00 am  Hon. Susan Illston  U.S. District Judge |
| Defendants. | ) | |

Proposed Order Approving Stipulation to Continue Hearing Date
Case No. 3:09-cv-04086-SI

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation to Continue Hearing Date on Defendants' Motion to Transfer Venue and to Permit Counsel for Defendants to Appear Telephonically and finding that good cause exists for the Stipulation to be approved, it is hereby ORDERED that the Stipulation is APPROVED, and it is further

ORDERED that the hearing on Defendants' Motion to Transfer Venue currently scheduled for September 25, 2009 at 9:00 a.m. is rescheduled for September 28, 2009 at 10:30 a.m., and it is further

ORDERED that counsel for Defendants may appear telephonically at the hearing.

IT IS SO ORDERED

Dated: _____, 2009.

_/s/ Susan Illston_
The Honorable Susan Illston
United States District Court Judge

Proposed Order Approving Stipulation to Continue Hearing Date
Case No. 3:09-cv-04086-SI                                            1