# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CIVIL NO. 09-2622 (RHK / RLE)

| | |
|---|---|
| SIERRA CLUB, MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, INDIGENOUS ENVIRONMENTAL NETWORK, and NATIONAL WILDLIFE FEDERATION, <br><br>      Plaintiffs, <br><br>v. <br><br>HILLARY CLINTON, in her official capacity as Secretary of State, JAMES STEINBERG, in his official capacity as Deputy Secretary of State, UNITED STATES DEPARTMENT OF STATE,, Lieutenant General ROBERT L. VAN ANTWERP, in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers; Colonel JON L. CHRISTENSEN, in his official capacity as District Engineer and Commander of the U.S. Army Corps of Engineers; the UNITED STATES ARMY CORPS OF ENGINEERS, TOM TIDWELL, in his official capacity as Chief of the United States Forest Service; ROB HARPER, in his official capacity as Forest Supervisor for the Chippewa National Forest; and the UNITED STATES FOREST SERVICE, <br><br>      Defendants, <br>and <br><br>ENBRIDGE ENERGY, LIMITED PARTNERSHIP, <br><br>      Intervenor-Defendant. | **ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

# **ORDER**

Upon consideration of the Parties' Stipulation Regarding Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction, and finding good cause to approve the Parties' Stipulation, it is hereby ORDERED that the Stipulation is APPROVED, and it is further

ORDERED that the briefing schedule set forth below shall apply to Plaintiffs' Motion for a Preliminary Injunction:

1) Plaintiffs will rely on their brief in support of their Motion for Preliminary Injunction that is on file in this Court:

2) Federal Defendants and Intervenor-Defendant will file their Response Briefs in Opposition to Motion for Preliminary Injunction on or before October 16, 2009;

3) Plaintiffs' will file their Reply Brief in Support of Motion for Preliminary Injunction on or before October 26, 2009.

IT IS SO ORDERED.

Dated: 10/6/09

                                                                     s/Richard H. Kyle
                                                                     Hon. Richard H. Kyle
                                                                     U.S. District Court Judge